UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In re:   Jeremiah J. Wilkins,                              Case No.: 25-11722-cjf
                Debtor                              Chapter 13

---

### OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Jeremiah J. Wilkins has filed an objection to the Motion for Relief in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one**.

NOW COMES the above-named Debtor, Jeremiah J. Wilkins, by and through his Attorneys, MILLER & MILLER LAW, LLC, and by Attorney Mark A. Gauthier, hereby objects to Transform Credit LLC's Motion for Relief. As grounds for such objection and requests, the Debtor asserts as follows:

1. Debtor admits to falling behind on payments.
2. Debtor to make the payments
3. Debtor can resume the payments beginning in November 2025.
4. Debtor requests the remaining arrearage be filed as a supplemental claim.

WHEREFORE, the Debtor requests that the Court deny the Creditor's Motion for Relief and further requests that this matter be set for a hearing.

Dated at Milwaukee, Wisconsin this 21st day of October, 2025.

/s/ Mark A. Gauthier
Attorney for Debtor
Miller and Miller Law LLC

MILLER & MILLER LAW, LLC
700 W. Virginia Street, Ste 605
Milwaukee, Wisconsin 53204

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In re:   Jeremiah J. Wilkins,                    Case No.: 25-11722-cjf
                   Debtor                        Chapter 13

**CERTIFICATE OF MAILING**

STATE OF WISCONSIN    )
                      ) SS
MILWAUKEE COUNTY      )

      The undersigned, an attorney, hereby certifies that on October 13, 2025, I personally served the following parties as indicated below via ECF or first-class US mail, enclosed in a postpaid envelope, the Objection to the Motion for Relief from the Automatic Stay filed by Transform Credit, Inc. as indicated after their respective names:

Jeremiah J. Wilkins
6300 Birch St, trailer 42
Weston, WI 54476

Kathryn A. Klein on behalf of Creditor Transform Credit, Inc.
rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com- via ECF

Trustee Mark Harring – via ECF

U.S Trustee – via ECF

                                         /s/ Mark A. Gauthier
                                         Attorney for Debtor
                                         MILLER & MILLER LAW, LLC
                                         700 W. Virginia Street, Ste 605
                                         Milwaukee, Wisconsin 53204